No. 343. COOPER, ADMINISTRATRIX, *v.* R. J. REYNOLDS TOBACCO Co. Motion for leave to amend petition granted. Petition for writ of certiorari to the United

876

States Court of Appeals for the First Circuit denied. *Edward A. Stern* for petitioner. *John L. Hall* and *Claude R. Branch* for respondent.